DAVID A. HUBBERT
Deputy Assistant Attorney General

CASSONDRA L. KOVEN
Washington DC Bar
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-514-6632 (v)
202-307-0054 (f)
Cassondra.L.Koven@usdoj.gov
*Attorney for the United States of America*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
AT SACRAMENTO

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-cv-02533-TLN-AC |
| Plaintiff, | |
| v. | **ORDER GRANTING JOINT MOTION REQUESTING APPROVAL OF STIPULATION REGARDING RELATIVE PRIORITY OF LIENS AGAINST SUBJECT PROPERTY AS BETWEEN UNITED STATES AND SISKIYOU COUNTY** |
| THOMAS A. TINDALL and SISKIYOU COUNTY, | |
| Defendants. | |

This matter is before the Court on the Joint Motion Re: Relative Priority of Liens Against Subject Property Between United States and Siskiyou County (collectively, the "Parties"). Having considered the Joint Motion Re: Relative Priority of Liens Against Subject Property Between United States and Siskiyou County ("Joint Motion"), and for good cause shown, the Court hereby GRANTS the Joint Motion and IT IS HEREBY ORDERED that:

1. In the event the Court permits the foreclosure sale of the Subject Property, the Order of Sale shall provide that sale proceeds for the Subject Property will be distributed first to the United States or its agent for costs and expenses of sale; second to Siskiyou County for any

ORDER GRANTING JOINT MOTION REQUESTING APPROVAL OF STIPULATION REGARDING RELATIVE PRIORITY OF LIENS

1

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-514-6632

real property taxes, penalties, and interest entitled to priority under 26 U.S.C. § 6323, at the time of sale, that have arisen or may arise during the pendency of this suit; and then the balance of such sale proceeds distributed to the United States and the remaining Defendants as determined by further order of the Court.

    2.    The Parties to this Stipulation shall bear their own costs and attorney's fees, except the costs incurred in selling the Subject Property, which will be reimbursed from the proceeds of the Subject Property's foreclosure sale prior to satisfying the outstanding liens on the Subject Property.

Dated this 11th day of January, 2024.

                                      Troy L. Nunley
                                      United States District Judge

Submitted by: */s/ Cassondra L. Koven*
Dated: December 20, 2023

ORDER GRANTING JOINT MOTION REQUESTING
APPROVAL OF STIPULATION REGARDING
RELATIVE PRIORITY OF LIENS

2

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-514-6632