DAVID A. HUBBERT
Deputy Assistant Attorney General

CASSONDRA L. KOVEN
Washington DC Bar
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-514-6632 (v)
202-307-0054 (f)
Cassondra.L.Koven@usdoj.gov
*Attorney for the United States of America*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
AT SACRAMENTO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THOMAS A. TINDALL and<br>SISKIYOU COUNTY,<br><br>　　　　Defendants. | Case No. 2:23-cv-02533-TLN-AC<br><br>**ORDER APPROVING STIPULATION FOR ENTRY OF JUDGMENT** |

This matter is before the Court on the Stipulation for Entry of Judgment against Thomas A. Tindall. Having considered the Stipulation, it is hereby ORDERED that the Stipulation is APPROVED and a Judgment shall be entered in accordance with the Stipulation of the Parties.

Dated this 11th day of January, 2024.

_____
Troy L. Nunley
United States District Judge

[PROPOSED] ORDER APPROVING
STIPULATION FOR ENTRY OF JUDGMENT
　　　　　　1

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-514-6632