DAVID A. HUBBERT
Deputy Assistant Attorney General

CASSONDRA L. KOVEN
Washington DC Bar
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-514-6632 (v)
202-307-0054 (f)
Cassondra.L.Koven@usdoj.gov
*Attorney for the United States of America*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
AT SACRAMENTO

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | Case No. 2:23-cv-02533-TLN-AC |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| THOMAS A. TINDALL and | ) | |
| SISKIYOU COUNTY, | ) | |
| | ) | |
| Defendants. | ) | |

    The United States and Thomas A. Tindall (collectively the "Parties"), have jointly filed a Stipulation for Entry of Judgment. Dkt. 8. In light of the stipulation and the record herein, and for good cause shown, it is hereby ORDERED and ADJUDGED as follows:

JUDGMENT 1

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-514-6632

1. Judgment is entered in favor of the United States and against Thomas A. Tindall.

2. Mr. Tindall is indebted to the United States for unpaid federal income taxes (Form 1040) for the 2009, 2010, 2011, 2012, 2013, 2014, 2015, 2016, 2017, and 2018 tax years in the total amount of $401,036.10, as of December 31, 2023, plus statutory interest and other statutory additions as provided by law, pursuant to 26 U.S.C. §§ 6601, 6621 and 6622 and 28 U.S.C. §§ 1961(c), until paid.

3. Federal tax liens encumber the real property located at 6024 Palmer Drive, Weed, California 96094 (Parcel Number 107-220-060) ("Subject Property"). These federal tax liens relate to Mr. Tindall's federal income liabilities for tax years 2009, 2010, 2011, 2012, 2013, 2014, 2015, 2016, 2017, and 2018, as set forth above in paragraph 2.

4. With regard to the Subject Property:

   a. The federal tax liens are foreclosed against the Subject Property.

   b. Any sale of the Subject Property shall be free and clear of all interests of the parties to the suit, and that any such interests or liens be satisfied from the proceeds of sale in the order that follows, until such proceeds are exhausted.

   c. Any Order by this Court permitting the sale of the Subject Property shall provide that the sale proceeds will be distributed:

      i. First for the costs and expenses of sale;

      ii. Second to Siskiyou County for any real property tax and/or special assessment liens that are entitled to priority over prior security interests under California law and pursuant to 26 U.S.C. § 6323(b)(6), if any exist, and such amount will be pro-rated through the date of the sale confirmation;

      iii. Third to the United States to satisfy the federal tax liens described in

paragraph 3 of this Judgment, in an amount according to proof at that time; and

  iv. Finally, if any proceeds remain, to Thomas A. Tindall or other Defendants added after the date of filing, according to their relative interests as determined by the Court.

5. Parties to this Stipulation shall bear their own costs and attorney's fees incurred with respect to this litigation.

**IT IS SO ORDERED.**

Dated this 11th day of January, 2024.

_____
Troy L. Nunley
United States District Judge

U.S. DEPARTMENT OF JUSTICE
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-514-6632