DAVID A. HUBBERT
Deputy Assistant Attorney General

CASSONDRA L. KOVEN
KENTON MCINTOSH
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
Phone: 202-514-6632 (CK); 202-514-3768 (KM)
Fax: 202-307-0054
Cassondra.L.Koven@usdoj.gov
Kenton.McIntosh@usdoj.gov
*Attorneys for the United States of America*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
AT SACRAMENTO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:23-cv-02533-TLN-AC |
| Plaintiff, ) | |
| ) | **ORDER APPROVING** |
| v. ) | **STIPULATION REGARDING** |
| ) | **ORDER OF FORECLOSURE AND** |
| THOMAS A. TINDALL and ) | **JUDICIAL SALE** |
| SISKIYOU COUNTY, ) | |
| ) | |
| Defendants. ) | |

ORDER                                1

U.S. DEPARTMENT OF JUSTICE
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-514-6632

This matter is before the Court on the Stipulation Regarding Order of Foreclosure and Judicial Sale. Having considered the Stipulation, it is hereby ORDERED that the Stipulation Regarding Order of Foreclosure and Judicial Sale is APPROVED. It is further ORDERED that the Court shall retain jurisdiction to enforce the terms of the settlement agreement among the parties. The Clerk is directed to administratively close this case, until such time as the United States may pursue a judicial sale in accordance with the parties' agreement.

Dated this 17th day of April, 2024.

_____
Troy L. Nunley
United States District Judge

Submitted on April 17, 2024 by:
*/s/ Kenton McIntosh*
KENTON MCINTOSH
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-514-3768 (v) / 202-307-0054 (f)
Kenton.McIntosh@usdoj.gov
*Attorney for the United States of America*