UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS A. TINDALL and SISKIYOU COUNTY,<br><br>Defendants. | Case No. 2:23-cv-02533-TLN-AC<br><br>**ORDER GRANTING UNITED STATES' EX PARTE MOTION FOR ORDER AUTHORIZING ALTERNATIVE SERVICE ON MARION TINDALL** |

The Court has considered the United States' Ex Parte Motion (ECF No. 21), the Declaration of Kenton McIntosh, and the Declaration of Non-Service of the United States' process server. The Court finds that the United States has diligently attempted to serve Marion Tindall personally at 10502 Laneview Drive, Houston, Texas 77070; Marion Tindall can probably be found at that location; and the methods of service set out below are reasonably effective to give him notice.

Accordingly, under Federal Rule of Civil Procedure 4(e)(1) and Texas Rule of Civil Procedure 106(b), IT IS ORDERED:

1. The United States' Ex Parte Motion for Order Authorizing Alternative Service on Marion Tindall (ECF No. 21) is GRANTED.

2. The United States shall serve Marion Tindall with the following papers (the "Service Papers"): the Notice of Death and Motion (ECF No. 17) and all supporting papers; the Court's Minute Orders of October 20 and October 22, 2026 (ECF Nos. 18, 20); and this Order. Service shall be made by all of the following:

(a) leaving the Service Papers with anyone older than sixteen at 10502 Laneview Drive, Houston, Texas 77070, or, if no one answers, securely attaching them to the front door of that residence. This step shall be performed by a process server who is not a party to or interested in the outcome of this action;

(b) mailing the Service Papers to Marion Tindall at the address above by first-class mail and by certified mail, return receipt requested; and

(c) emailing the Service Papers, as PDF attachments, to tindallmarion@gmail.com.

Counsel for the United States, or staff under counsel's supervision, may perform steps (b) and (c).

3. Service shall be deemed complete on the date the last of the steps in paragraph 3 is performed. The United States shall file proof of service describing each step by November 20, 2026, or within seven (7) days after service is complete, whichever is later. The deadline set in this Court's prior Order (ECF No. 20) is modified accordingly.

4. Marion Tindall may file any response to Notice of Death and Motion to Reopen Case, Appoint a Personal Representative, and Substitute Party (ECF No. 17) within fourteen (14) days after service is complete.

5. Any order the Court enters on ECF No. 17, including an order appointing a personal representative, may be served on Marion Tindall in the manner set out in paragraph 3. Nothing in this Order precludes service on Marion Tindall by any other method authorized by Federal Rule of Civil Procedure 4.

IT IS SO ORDERED.

Dated: November 3, 2026

Troy L. Nunley
Chief United States District Judge